ALOIS MANTEL, Respondent, v. FRANK HAYES, Appellant.— Judgment and order affirmed, with costs. All concur.

ALBERT BERKE, as Administrator, etc., of IRVING BERKE, Deceased, Respondent, v. GUSTAVE PIRWITZ, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concur.

In the Matter of the Estate of FRANCES B. LeFEVRE, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

WILLIAM H. AUSTIN, as Administrator, etc., Respondent, v. EMMONS PEPPERDINE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

BOWERS M. PHELPS, Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

GALE H. WAGGONER, Respondent, v. WALTER WAGNER, Appellant.— Stay vacated and motion for continuance of stay denied.

In the Matter of EDMUND L. RYAN, an Attorney and Counselor at Law.— Report of official referee confirmed and order entered disbarring said Edmund L. Ryan from practice in all the courts of this State.

In the Matter of the Probate of the Last Will and Testament of HATTIE E. ULMER, Deceased. AMELIA B. CRIM, as Executrix, etc., Appellant; CHARLOTTE M. BRESLOW, Respondent.— Decree reversed and proceeding remitted to the Surrogate's Court with directions to admit the will, with all of its provisions, to probate, with costs to the appellant. The verdict of the jury in respect to questions 6 and 7 submitted to them, is reversed and set aside upon the ground that their findings thereon are not sustained by the evidence. All concur.

ZACHARIAH L. TOMPKINS, Respondent, v. EDWARD F. COLE, Appellant, Impleaded, etc.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

AUGUSTINE NELSON, Respondent, v. REBECCA STOCKER, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

SUSAN NELSON, Respondent, v. REBECCA STOCKER, Appellant.— Motion for leave to appeal to Court of Appeals denied.

NORMAN B. HARRINGTON, Respondent, v. HAMILTON B. WILLS & COMPANY, LTD., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Estate of SAMUEL FELT, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

LENA M. PORTER, Respondent, v. JOHN F. PORTER, Appellant.— Motion granted and appeal dismissed, with costs.

FEDERAL MILLING COMPANY, Respondent, v. GRACE P. KEEFER and Others, Appellants.— Appeal dismissed, unless appellants shall file and serve briefs within one week.

In the Matter of the Petition of JOHN W. HODGE for the Removal of WILLIAM F. KIRK, as Justice of the Peace of Town of Porter, Niagara County.— Proceeding dismissed.